1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PHARMACY PROVIDERS OF
     OKLAHOMA, INC.,

11
              Plaintiff,                    No. 2:13-mc-0027 LKK KJN
12
        v.
13
     Q PHARMACY, INC., et al.
14
              Defendants.                   ORDER
15   _____/

16          Presently pending before the court is defendant Q Pharmacy, Inc.'s ("Q

17   Pharmacy") motion to quash plaintiff Pharmacy Providers of Oklahoma, Inc.'s ("plaintiff") third-

18   party subpoena on McKesson Corporation, filed in this court on March 25, 2013.  (Dkt. No. 1.)

19   The motion has not been noticed for any specific hearing date.  According to Q Pharmacy, the

20   subpoena at issue arises from plaintiff's lawsuit against Q Pharmacy and other defendants in the

21   Western District of Oklahoma, where motions to dismiss, and a motion to stay discovery pending

22   resolution of the motions to dismiss and the conduct of a Rule 26(f) conference, remain pending.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.   Plaintiff shall file any opposition to Q Pharmacy's motion to quash no later

25   than March 29, 2013, at 12:00 p.m.  In the alternative, the parties may file a stipulation to stay

26   production by McKesson in response to the subpoena pending a ruling on the motion to stay

1

1 | discovery in the Western District of Oklahoma.

2 |         2.  After reviewing the parties' briefing, the court will set the motion for a hearing

3 | if necessary.

4 |         3.  The parties shall promptly notify the court if the motion to quash is mooted by

5 | any proceedings in the Western District of Oklahoma.

6 |         IT IS SO ORDERED.

7 | DATED:  March 26, 2013

8

9

10 | KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

2