IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHARMACY PROVIDERS OF
OKLAHOMA, INC.,

    Plaintiff,                        No. 2:13-mc-0027 LKK KJN

    v.

Q PHARMACY, INC., et al.

    Defendants.                <u>ORDER</u>
_____/

        Presently pending before the court is defendant Q Pharmacy, Inc.'s ("Q Pharmacy") motion to quash plaintiff Pharmacy Providers of Oklahoma, Inc.'s ("plaintiff") third-party subpoena on McKesson Corporation, filed in this court on March 25, 2013. (Dkt. No. 1.) The motion has not been noticed for any specific hearing date. According to Q Pharmacy, the subpoena at issue arises from plaintiff's lawsuit against Q Pharmacy and other defendants in the Western District of Oklahoma, where motions to dismiss, and a motion to stay discovery pending resolution of the motions to dismiss and the conduct of a Rule 26(f) conference, remain pending.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall file any opposition to Q Pharmacy's motion to quash no later than March 29, 2013, at 12:00 p.m.  In the alternative, the parties may file a stipulation to stay production by McKesson in response to the subpoena pending a ruling on the motion to stay

1

1 | discovery in the Western District of Oklahoma.

2 |     2. After reviewing the parties' briefing, the court will set the motion for a hearing
3 | if necessary.

4 |     3. The parties shall promptly notify the court if the motion to quash is mooted by
5 | any proceedings in the Western District of Oklahoma.

6 |     IT IS SO ORDERED.

7 | DATED: March 26, 2013

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE