IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHARMACY PROVIDERS OF
OKLAHOMA, INC.,

      Plaintiff,                               No. 2:13-mc-0027 LKK KJN

   v.

Q PHARMACY, INC., et al.

      Defendants.                 <u>ORDER</u>

/

        Presently pending before the court is defendant Q Pharmacy, Inc.'s ("Q Pharmacy") motion to quash plaintiff Pharmacy Providers of Oklahoma, Inc.'s ("plaintiff") third-party subpoena on McKesson Corporation, filed in this court on March 25, 2013. (Dkt. No. 1.) The motion was not noticed for any specific hearing date. The subpoena at issue arises from plaintiff's lawsuit against Q Pharmacy and other defendants in the Western District of Oklahoma, where motions to dismiss, and a motion to stay discovery pending resolution of the motions to dismiss and the conduct of a Rule 26(f) conference, remain pending.

        On March 26, 2013, the court issued an order requiring plaintiff to file any opposition to Q Pharmacy's motion to quash no later than March 29, 2013, at 12:00 p.m. In the alternative, the parties were permitted to file a stipulation to stay production by McKesson in response to the subpoena, pending a ruling on the motion to stay discovery in the Western

District of Oklahoma.  (Dkt. No. 3.)

Thereafter, on March 29, 2013, plaintiff and Q Pharmacy filed a stipulation, indicating that they agreed to stay production of documents by McKesson in response to plaintiff's subpoena, pending a ruling on the motion to stay discovery by the Western District of Oklahoma.  (Dkt. No. 5.)

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation (Dkt. No. 5) is APPROVED and production by third-party McKesson Corporation in response to plaintiff's subpoena shall be STAYED pending a ruling on the motion to stay discovery in the Western District of Oklahoma.

2. Q Pharmacy's motion to quash (Dkt. No. 1) is administratively dismissed, but without prejudice to being re-filed at a later juncture, if necessary.  If the motion is re-filed, counsel shall notice the motion for a hearing in accordance with Local Rule 251 and comply with that rule's briefing and other requirements.

IT IS SO ORDERED.

DATE:  April 1, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE